(124 So. 249)

**Fred HENDERSON v. STATE.   (1 Div. 567.)**

Supreme Court of Alabama.   Oct. 17, 1929.

Frank G. Horne, of Atmore, and Inge, Stallworth & Inge, of Mobile, for petitioner. Charlie C. McCall, Atty. Gen., opposed.

PER CURIAM.   Petition of Fred Henderson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Henderson v. State, 124 So. 249.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.